# BROWN & ASSOCIATES
### INJURY LAW FOR THE PEOPLE

October 7, 2022

**Via E-Filing**
Honorable Juan R. Sanchez
14613 U.S. Courthouse
601 Market Street
Courtroom 14-B
Philadelphia, PA 19106

        Re:  **Donnetta Holmes v. Marina District Development Company, LLC d/b/a Borgata Hotel Casino and Spa**

Dear Judge Sanchez:

    Along with the Defendant's counsel, who notified the Court by letter on August 30, 2022, we are pleased to advise you that all parties have resolved this matter via settlement. At this time, I would ask the Court to enter an Order to dismiss this action with prejudice, without costs, by agreement of both counsels, pursuant to Local Rule of Civil Procedure 41.1. All settlement paperwork has been completed, and settlement funds have been dispersed.

    Thank you for your time and attention to this matter.

Very truly yours,

*[signature]*

TOBIAS BROWN, ESQUIRE
TB/lc